IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

HOWARD W. RAMSEY,

        Plaintiff,

vs.

        Civil Action 2:11-CV-1123
        Judge Sargus
        Magistrate Judge King

MICHAEL J. ASTRUE, Commissioner
of Social Security,

        Defendant.

### ORDER

On January 29, 2013, the United States Magistrate Judge recommended that the decision of the Commissioner be reversed and that this action be remanded for further proceedings. *Report and Recommendation*, Doc. No. 18. Although the parties were advised of their right to object to the recommendation and of the consequences of their failure to do so, there has been no objection.

The *Report and Recommendation*, Doc. No. 18, is **ADOPTED AND AFFIRMED**. The decision of the Commissioner is **REVERSED** and this matter is **REMANDED** to the Commissioner of Social Security for further proceedings.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. § 405(g).

2-22-2013
Date

/s/ Edmund A. Sargus, Jr.
Edmund A. Sargus, Jr.
United States District Judge