AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**HOWARD W. RAMSEY,**

      **Plaintiff,**

**v.**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF**
**SOCIAL SECURITY,**

      **Defendant.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO. C2-11-1123**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE NORAH MCCANN KING**

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

   **Pursuant to the ORDER filed February 22, 2013, JUDGMENT is hereby entered pursuant to Sentence 4 of 42 U.S.C. § 405(g). This case is REMANDED to the Commissioner of Social Security for further proceedings.**

Date: February 22, 2013                           JOHN P. HEHMAN, CLERK

                                                          */S/ Andy F. Quisumbing*
                                                           (By) Andy F. Quisumbing
                                                           Courtroom Deputy Clerk