AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**HOWARD W. RAMSEY,**

       **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**CASE NO.  C2-11-1123**

| | |
|---|---|
| **MICHAEL J. ASTRUE,** | **JUDGE EDMUND A. SARGUS, JR.** |
| **COMMISSIONER OF** | **MAGISTRATE JUDGE NORAH MCCANN KING** |
| **SOCIAL SECURITY,** | |

       **Defendant.**

___    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the ORDER filed February 22, 2013, JUDGMENT is hereby entered pursuant to Sentence 4 of 42 U.S.C. § 405(g).  This case is REMANDED to the Commissioner of Social Security for further proceedings.**

Date: February 22, 2013                          JOHN P. HEHMAN, CLERK

                                                       */S/ Andy F. Quisumbing*
                                                        (By) Andy F. Quisumbing
                                                        Courtroom Deputy Clerk